UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
(856) 751-4224

In RE:

Jill E. Bertsch

Case No.: 23-11465 CMG

Judge: CMG

Chapter 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [X]  Motion for Relief from the Automatic Stay filed by U.S. Bank National Association _____, creditor,

    A hearing has been scheduled for  06/07/2023 , at  9:00 AM .

    _____ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    _____ Certification of Default filed by _____.

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one)

    _____ Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

    _____ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

    __X__ Other (explain your answer):  I request that the arrears are put inside my bankruptcy plan and that the trustee establish conduit procedures.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.


Date: 05/22/2023					/s/ Jill Bertsch
							Jill Bertsch


NOTES:
1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.