Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11465−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jill E. Bertsch
   69 Ridgley Street
   Mount Holly, NJ 08060

Social Security No.:
   xxx−xx−9946

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 6, 2023.

Dated: September 6, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-11465-CMG
Jill E. Bertsch  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 4
Date Rcvd: Sep 06, 2023  Form ID: plncf13  Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jill E. Bertsch, 69 Ridgley Street, Mount Holly, NJ 08060-1154 |
| 519845035 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 519890461 | | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245 Trenton, NJ 08695-0245 |
| 519845041 | + | U.S. Bank National Association, Attn: KML Law Group, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 06 2023 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 06 2023 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 06 2023 20:22:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519845012 | + | Email/Text: bk@avant.com | Sep 06 2023 20:22:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 519845013 | | Email/Text: BNBSB@capitalsvcs.com | Sep 06 2023 20:22:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 519853041 | + | Email/Text: documentfiling@lciinc.com | Sep 06 2023 20:21:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519845015 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 06 2023 20:41:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519845014 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 06 2023 20:39:18 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519882707 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 06 2023 20:40:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519845016 | + | Email/Text: documentfiling@lciinc.com | Sep 06 2023 20:21:00 | Comcast, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2600 |
| 519845017 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 06 2023 20:22:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519845018 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 06 2023 20:22:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519845019 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 06 2023 20:26:03 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |

Case 23-11465-CMG    Doc 33    Filed 09/08/23    Entered 09/09/23 00:16:59    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2023 | Form ID: plncf13 | Total Noticed: 46 |

| 519845021 | | Email/Text: BNSFN@capitalsvcs.com | | |
|---|---|---|---|---|
| | | | Sep 06 2023 20:22:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 519845022 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Sep 06 2023 20:22:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519845023 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Sep 06 2023 20:21:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519879482 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 06 2023 20:28:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519854805 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 06 2023 20:40:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519845024 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 06 2023 20:27:12 | Merrick Bk, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519877584 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Sep 06 2023 20:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519845025 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Sep 06 2023 20:22:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519852792 | + | Email/Text: maureen@MHMUA.COM | | |
| | | | Sep 06 2023 20:22:00 | Mount Holly Municipal Utilities Authority, 1 Park Drive, PO Box 486, Mount Holly, NJ 08060-0486 |
| 519845027 | + | Email/Text: maureen@MHMUA.COM | | |
| | | | Sep 06 2023 20:22:00 | Mt. Holly Municipal Utilities Authority, PO Box 486, Mount Holly, NJ 08060-0486 |
| 519845028 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Sep 06 2023 20:22:00 | Nationstar/Mr. Cooper, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519862216 | | Email/PDF: cbp@omf.com | | |
| | | | Sep 06 2023 20:40:49 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519845029 | + | Email/PDF: cbp@omf.com | | |
| | | | Sep 06 2023 20:39:58 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519845030 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 06 2023 20:40:40 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 519899744 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 06 2023 20:27:17 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 519859594 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 06 2023 20:40:45 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519845031 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 06 2023 20:39:21 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519845033 | | Email/Text: bankruptcy@self.inc | | |
| | | | Sep 06 2023 20:22:00 | Selfinc/lead, Attn: Bankruptcy, 1801 Main St, Kansas City, MO 64108 |
| 519845034 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Sep 06 2023 20:21:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519845032 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Sep 06 2023 20:22:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519901874 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Sep 06 2023 20:21:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327-1216 |
| 519845036 | ^ | MEBN | | |
| | | | Sep 07 2023 10:34:12 | State of New Jersey, Department of Labor And Workforce, PO Box 951, Trenton, NJ 08625-0951 |
| 519845038 | + | Email/Text: bankruptcy@sunrisecreditservices.com | | |
| | | | Sep 06 2023 20:22:00 | Sunrise Credit Service, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 519909960 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Sep 06 2023 20:28:10 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 23-11465-CMG    Doc 33    Filed 09/08/23    Entered 09/09/23 00:16:59    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2023 | Form ID: plncf13 | Total Noticed: 46 |

| 519845039 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
|---|---|---|---|
| | | Sep 06 2023 20:41:31 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519845806 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 06 2023 20:27:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519845040 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Sep 06 2023 20:27:06 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519901419 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Sep 06 2023 20:22:00 | U.S. Bank National Association, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 519896100 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Sep 06 2023 20:39:58 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519845020 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519845026 | *+ | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519845037 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Jill E. Bertsch ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6