Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2024 to 12/31/2024

**Chapter 13 Case No. 23-11465 / CMG**

Jill E. Bertsch

Petition Filed Date: 02/24/2023
341 Hearing Date: 03/30/2023
Confirmation Date: 06/21/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2024 | $1,192.00 | | 01/22/2024 | $1,192.00 | | 02/02/2024 | $1,192.00 | |
| 02/16/2024 | $1,192.00 | | 03/01/2024 | $1,192.00 | | 03/15/2024 | $1,192.00 | |
| 04/03/2024 | $1,192.00 | | 04/12/2024 | $1,192.00 | | 04/29/2024 | $1,192.00 | |
| 05/10/2024 | $1,192.00 | | 05/24/2024 | $1,192.00 | | 06/07/2024 | $1,192.00 | |
| 06/24/2024 | $1,192.00 | | 07/08/2024 | $1,192.00 | | 07/19/2024 | $1,192.00 | |
| 08/02/2024 | $1,192.00 | | 08/16/2024 | $1,192.00 | | 08/30/2024 | $1,192.00 | |
| 09/13/2024 | $1,192.00 | | 09/27/2024 | $1,192.00 | | 10/11/2024 | $1,192.00 | |
| 10/25/2024 | $1,192.00 | | 11/08/2024 | $1,192.00 | | 11/22/2024 | $1,192.00 | |
| 12/09/2024 | $1,192.00 | | 12/23/2024 | $1,192.00 | | | | |

**Total Receipts for the Period: $30,992.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $50,615.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jill E. Bertsch | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,600.00 | $3,600.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2022 TAX PERIOD | Priority Creditors | $747.00 | $0.00 | $747.00 |
| 2 | MOUNT HOLLY MUNICIPAL UTILITIES AUTHORITY<br>»» SEWER | Secured Creditors | $894.56 | $268.69 | $625.87 |
| 3 | COMCAST | Unsecured Creditors | $817.25 | $0.00 | $817.25 |
| 4 | MERRICK BANK | Unsecured Creditors | $1,760.26 | $0.00 | $1,760.26 |
| 5 | State of New Jersey<br>»» UNEMPLOYMENT CLAIM BENEFITS FINE/INTEREST | Unsecured Creditors | $371.83 | $0.00 | $371.83 |
| 6 | PYOD LLC<br>»» TARGET VISA | Unsecured Creditors | $5,440.44 | $0.00 | $5,440.44 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 2011 KIA SORENTO/CRAM BAL/ONEMAIN | Unsecured Creditors | $11,125.05 | $0.00 | $11,125.05 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»» THE BANK OF MISSOURI/OLLO PLATINUM | Unsecured Creditors | $586.18 | $0.00 | $586.18 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE BANK,NA | Unsecured Creditors | $2,608.08 | $0.00 | $2,608.08 |

**Chapter 13 Case No. 23-11465 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 10 | LVNV FUNDING LLC<br>»» CAPITAL ONE | Unsecured Creditors | $932.09 | $0.00 | $932.09 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $458.30 | $0.00 | $458.30 |
| 12 | NJ DIVISION OF TAXATION<br>»» 2019-2022 | Priority Creditors | $441.24 | $0.00 | $441.24 |
| 13 | Verizon by American InfoSource as Agent | Unsecured Creditors | $157.14 | $0.00 | $157.14 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $357.15 | $0.00 | $357.15 |
| 15 | US BANK NATIONAL ASSOCIATION,<br>»» P/69 RIDGLEY ST/1ST MTG | Mortgage Arrears | $27,987.11 | $8,405.98 | $19,581.13 |
| 16 | Spring Oaks Capital SPV, LLC<br>»» GENESIS FS CARD SERVICES, INC. | Unsecured Creditors | $744.81 | $0.00 | $744.81 |
| 17 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,199.70 | $0.00 | $1,199.70 |
| 18 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» PAYPAL CREDIT | Unsecured Creditors | $534.88 | $0.00 | $534.88 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 2011 KIA SORENTO/CRAM/ONEMAIN | Debt Secured by Vehicle | $5,260.32 | $1,579.95 | $3,680.37 |
| 20 | US BANK NATIONAL ASSOCIATION,<br>»» P/69 RIDGLEY ST/REG. MT. PMTS./ORDER 7/20/23 | Ongoing Mortgage | $0.00 | $23,933.19 | $0.00 |
| 21 | US BANK NATIONAL ASSOCIATION,<br>»» P/69 RIDGLEY ST/POST-PET ARREARS ORDE 7/20/23 | Mortgage Arrears | $5,562.44 | $1,670.68 | $3,891.76 |
| 22 | US BANK NATIONAL ASSOCIATION,<br>»» P/69 RIDGLEY ST/ATTY FEES ORDER 7/20/23 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 23 | US BANK NATIONAL ASSOCIATION,<br>»» P/69 RIDGLEY ST/GAP PAYMENTS ORDER 7/20/23 | Mortgage Arrears | $2,781.22 | $2,781.22 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $50,615.50 | Plan Balance: | $64,127.00 ** |
| Paid to Claims: | $42,777.71 | Current Monthly Payment: | $2,561.00 |
| Paid to Trustee: | $3,475.07 | Arrearages: | $102.00 |
| Funds on Hand: | $4,362.72 | Total Plan Base: | $114,742.50 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**