Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−11465−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jill E. Bertsch
   69 Ridgley Street
   Mount Holly, NJ 08060

Social Security No.:
   xxx−xx−9946

Employer's Tax I.D. No.:

### NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/15/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 15, 2026
JAN: rms

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-11465-CMG

Jill E. Bertsch                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                    Page 1 of 4

Date Rcvd: Jul 15, 2026                          Form ID: 148                             Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jill E. Bertsch, 69 Ridgley Street, Mount Holly, NJ 08060-1154 |
| cr | + | Nationstar Mortgage, LLC as servicer for Nationsta, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 519845041 | + | U.S. Bank National Association, Attn: KML Law Group, 701 Market St, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2026 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2026 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 15 2026 21:33:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519845012 | + | Email/Text: bk@avant.com | Jul 15 2026 21:35:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 519845013 | | Email/Text: BNBSB@capitalsvcs.com | Jul 15 2026 21:34:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 519853041 | + | EDI: COMCASTCBLCENT | Jul 16 2026 01:16:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519845015 | + | EDI: CAPITALONE.COM | Jul 16 2026 01:16:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519845014 | + | EDI: CAPITALONE.COM | Jul 16 2026 01:16:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519882707 | + | EDI: AIS.COM | Jul 16 2026 01:16:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519845016 | + | EDI: COMCASTCBLCENT | Jul 16 2026 01:16:00 | Comcast, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2600 |
| 519845017 | + | EDI: WFNNB.COM | Jul 16 2026 01:16:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519845018 | + | EDI: WFNNB.COM | Jul 16 2026 01:16:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519845019 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2026 21:39:22 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519845021 | | Email/Text: BNSFN@capitalsvcs.com | | |

User: admin
Date Rcvd: Jul 15, 2026                                    Form ID: 148                                    Total Noticed: 49

| | | | |
|---|---|---|---|
| 519845022 | | EDI: IRS.COM | Jul 15 2026 21:34:00 — First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| | | | Jul 16 2026 01:16:00 — Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519845023 | + | EDI: CAPITALONE.COM | Jul 16 2026 01:16:00 — Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519879482 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 21:39:23 — LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519854805 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2026 21:38:52 — MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519845024 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2026 21:39:20 — Merrick Bk, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519877584 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2026 21:35:00 — Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519845025 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2026 21:35:00 — Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519852792 | + | Email/Text: maureen@MHMUA.COM | Jul 15 2026 21:35:00 — Mount Holly Municipal Utilities Authority, 1 Park Drive, PO Box 486, Mount Holly, NJ 08060-0486 |
| 519845027 | + | Email/Text: maureen@MHMUA.COM | Jul 15 2026 21:35:00 — Mt. Holly Municipal Utilities Authority, PO Box 486, Mount Holly, NJ 08060-0486 |
| 519845028 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 15 2026 21:34:00 — Nationstar/Mr. Cooper, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519862216 | | EDI: AGFINANCE.COM | Jul 16 2026 01:16:00 — ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519845029 | + | EDI: AGFINANCE.COM | Jul 16 2026 01:16:00 — OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519845030 | | EDI: PRA.COM | Jul 16 2026 01:16:00 — Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 520138086 | | EDI: PRA.COM | Jul 16 2026 01:16:00 — Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520138087 | | EDI: PRA.COM | Jul 16 2026 01:16:00 — Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519899744 | | EDI: PRA.COM | Jul 16 2026 01:16:00 — Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 519859594 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 21:39:23 — PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519845031 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 21:39:31 — Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519845033 | | Email/Text: bankruptcy@self.inc | Jul 15 2026 21:34:00 — Selfinc/lead, Attn: Bankruptcy, 1801 Main St, Kansas City, MO 64108 |
| 519901874 | | Email/Text: bankruptcy@springoakscapital.com | Jul 15 2026 21:33:00 — Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327-1216 |
| 519845034 | | Email/Text: bankruptcy@springoakscapital.com | Jul 15 2026 21:33:00 — Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519890461 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 15 2026 21:33:00 — State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519845035 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 15 2026 21:33:00 — State of New Jersey, PO Box 283, Trenton, NJ |

District/off: 0312-3 | User: admin | Page 3 of 4
Date Rcvd: Jul 15, 2026 | Form ID: 148 | Total Noticed: 49

| | | | |
|---|---|---|---|
| | | | 08602 |
| 519845032 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 15 2026 21:35:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519845036 | ^ MEBN | Jul 15 2026 21:32:48 | State of New Jersey, Department of Labor And Workforce, PO Box 951, Trenton, NJ 08625-0951 |
| 519845038 | + Email/Text: bankruptcy@sunrisecreditservices.com | Jul 15 2026 21:34:00 | Sunrise Credit Service, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 519909960 | + EDI: AIS.COM | Jul 16 2026 01:16:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519845039 | + EDI: SYNC | Jul 16 2026 01:16:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519845806 | + EDI: PRA.COM | Jul 16 2026 01:16:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519845040 | + EDI: SYNC | Jul 16 2026 01:16:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519901419 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 15 2026 21:34:00 | U.S. Bank National Association, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 519896100 | + EDI: AIS.COM | Jul 16 2026 01:16:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519845020 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519845026 | *+ | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519845037 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

District/off: 0312-3                           User: admin                                    Page 4 of 4
Date Rcvd: Jul 15, 2026                       Form ID: 148                              Total Noticed: 49

Albert Russo
                    on behalf of Trustee Albert Russo docs@russotrustee.com

Charles G. Wohlrab
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  as Trustee for Structured Asset Investment Loan Trust Mortgage
                    Pass-Through Certificates, Series 2005-4 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Charles G. Wohlrab
                    on behalf of Creditor Nationstar Mortgage  LLC as servicer for Nationstar Mortgage,LLC bkecf@friedmanvartolo.com,
                    cwohlrab@ecf.courtdrive.com

Lee Martin Perlman
                    on behalf of Debtor Jill E. Bertsch ecf@newjerseybankruptcy.com
                    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai

Matthew K. Fissel
                    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Matthew K. Fissel
                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  as Trustee for Structured Asset Investment Loan Trust Mortgage
                    Pass-Through Certificates, Series 2005-4 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Sherri R. Dicks
                    on behalf of Creditor Nationstar Mortgage LLC shrdlaw@outlook.com  shrdlaw@hotmail.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9