UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton,  NJ   08650
(609) 587-6888

In re:

Jill E. Bertsch

Debtor(s)

**Order Filed on July 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 23-11465 / CMG

Chapter 13

Hearing Date: 7/15/2026  at 9:00 AM

Judge: Christine M. Gravelle

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 15, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed
14 days of the date of this order by any administrative claimant for funds on hand with the Chapte
Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan
shall be refunded to the debtor, less any applicable trustee fees and commissions, and after any remaining
attorney fees and adequate protection payments, due under the plan, proposed or confirmed, or by Court
order, are paid.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated
and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the dat
this order.

*rev. 5/8/2017*

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 23-11465-CMG

Jill E. Bertsch                                                                 Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                    Page 1 of 2

Date Rcvd: Jul 15, 2026                      Form ID: pdf903                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

**Recip ID            Recipient Name and Address**
db              +      Jill E. Bertsch, 69 Ridgley Street, Mount Holly, NJ 08060-1154

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

**Name                      Email Address**

Albert Russo
                          on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                          docs@russotrustee.com

Charles G. Wohlrab
                          on behalf of Creditor Nationstar Mortgage  LLC as servicer for Nationstar Mortgage,LLC bkecf@friedmanvartolo.com,
                          cwohlrab@ecf.courtdrive.com

Charles G. Wohlrab
                          on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  as Trustee for Structured Asset Investment Loan Trust Mortgage
                          Pass-Through Certificates, Series 2005-4 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Lee Martin Perlman
                          on behalf of Debtor Jill E. Bertsch ecf@newjerseybankruptcy.com
                          mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com;law-offices-of-lee-m-perlman@pacer.glade.ai

District/off: 0312-3                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 15, 2026                       Form ID: pdf903                              Total Noticed: 1

Matthew K. Fissel
                    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Matthew K. Fissel

                    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  as Trustee for Structured Asset Investment Loan Trust Mortgage
                    Pass-Through Certificates, Series 2005-4 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Sherri R. Dicks

                    on behalf of Creditor Nationstar Mortgage LLC shrdlaw@outlook.com  shrdlaw@hotmail.com

U.S. Trustee

                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9